

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2013

No. 04-12-00864-CV

Armando **BENAVIDES**,
Appellant

v.

Anselmo **BENAVIDES**, Antonio Benavides, and A.T. Trucking, LLP,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 06-03-44411
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

Appellant's Unopposed Amended Second Motion for Extension of Time to File Brief is hereby GRANTED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2013.

_____
Keith E. Hottle
Clerk of Court